UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: 8:24-00699 ADS　　　　　　　　　　　Date: June 5, 2024

Title: _Theresa Brooke v. DHSM LLC, et al._

---

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND OBEY COURT ORDER**

On May 13, 2024, the Clerk's office entered default against defendant DHSM LLC. (Dkt. No. 14.) The Court ordered Plaintiff Theresa Brooke to file an application for default judgment by no later than May 28, 2024. (Dkt. No. 16.) As of this date, Plaintiff has not filed an application for default judgment.

Plaintiff is ordered to show cause why this case should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey a court order. **Plaintiff must file a written response by no later than June 12, 2024.** Plaintiff may respond to this order by filing an application for default judgment.

**Plaintiff is expressly warned that failure to timely file a response to this order may result in the dismissal of this action without prejudice for failure to prosecute and obey a Court order pursuant to Federal Rule of Civil Procedure 41(b).**

IT IS SO ORDERED.

Initials of Clerk kh